UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| J.S., S.L., and L.C.,<br><br>             Plaintiffs,<br><br>     v.<br><br>VILLAGE VOICE MEDIA HOLDINGS LLC, d/b/a Backpage.com, et al.,<br><br>             Defendants. | CASE NO. C12-6031-BHS<br><br>ORDER GRANTING IN PART DEFENDANTS' MOTION TO DISMISS |

     This matter comes before the Court on Defendants Village Voice Media Holdings, LLC; Backpage.com, LLC; and New Times Media, LLC's ("the Backpage.com Defendants") motion to dismiss (Dkt. 22). The Court has considered the pleadings filed in support of and in opposition to the motion and the remainder of the file and hereby grants the motion in part for the reasons stated herein.

     On September 5, 2012, Plaintiffs J.S., S.L., and L.C ("Plaintiffs") filed a First Amended Complaint in Pierce County Superior Court for the State of Washington.  Dkt.

ORDER - 1

1–1.  On December 5, 2012, the Backpage Defendants removed the matter to this Court. Dkt. 1.

On December 6, 2012, Plaintiffs filed a Second Amended Complaint ("SAC") adding Defendants Sabir Shabazz and Shadina Rice.  Dkt. 8.

On January 25, 2012, the Backpage Defendants filed a combined response and motion to dismiss.  Dkt. 33.  In their motion, the Backpage Defendants move to strike the SAC because it was improperly filed.  *Id*. at 14–15.  In their response, Plaintiffs admit that they improperly filed the complaint.  Dkt. 33 at 2 n. 2.  Therefore, the Court grants the Backpage Defendants' motion on this issue only.  The remainder of the motion shall remain under consideration.

The Clerk is directed to terminate Defendants Sabir Shabazz and Shadina Rice and their motions regarding counsel (Dkts. 24 and 30) shall be stricken.

**IT IS SO ORDERED.**

Dated this 5th day of February, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge